389 P.3d 130

**WERNER PLASTERING, INC.,**
a Hawai'i corporation,
**Claimant-Appellant,**

v.

**BLACK PEAK CONSTRUCTION, LLC,** a Colorado limited liability corporation, **The Shops at Wailea, L.P.,** a Delaware limited partnership; **L'Occitane, Inc.,** a corporation, **Respondents-Appellees,**

and

John Doe One Through 100; Jane Doe One Through 100; X Corporation; ABC Partnership; and Def, LLC, **Respondents**

NO. CAAP-14-0000750

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 18, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (MECHANIC LIEN NO. 13-1-0004(2))

<u>MEMORANDUM OPINION</u>

Vacated. Remanded.